UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TYQUAN M. FOSTER,<br><br>                    Plaintiff,<br><br>          v.<br><br>SERVIN, et al.,<br><br>                    Defendants. | Case No.: 1:25-cv-01124-EGC (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS FOLLOWING SCREENING**<br><br><u>14-Day Objection Period</u><br><br>Clerk of the Court to Assign District Judge and Update Plaintiff's Address |

Plaintiff Tyquan M. Foster is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.     INTRODUCTION**

On May 5, 2026, the Court issued its First Screening Order. (Doc. 20.) Specifically, the Court found that Plaintiff's complaint stated cognizable Eighth Amendment excessive force claims against Defendants Servin and Smith but failed to state a cognizable Fourteenth Amendment due process claim against Defendant Smith. (*Id*. at 3-8.) Plaintiff was directed to choose one of the following actions within 21 days: (1) notify the Court he did not wish to file a first amended complaint and instead was willing to proceed only on the Eighth Amendment excessive force claims against Defendants Servin and Smith; or (2) file a first amended complaint, curing the deficiencies identified in the screening order; or (3) file a notice of voluntary dismissal. (*Id*. at 8-9.)

On May 28, 2026,[1] Plaintiff filed written notice indicating he wished to proceed only on his cognizable Eighth Amendment excessive force claims against Defendants Servin and Smith. (Doc. 21.)

## II. ORDER AND RECOMMENDATIONS

Accordingly, the Court **HEREBY ORDERS** that:

1. The Clerk of the Court is directed to randomly assign a district judge to this action; and

2. The Clerk of the Court is directed to update Plaintiff's address to reflect he is presently incarcerated at High Desert State Prison in Susanville, California. (*See* Doc. 21 at 2.)

Further, the Court **HEREBY RECOMMENDS** that:

1. This action **PROCEED** *only* on Plaintiff's Eighth Amendment excessive force claims against Defendants Servin and Smith; and

2. Plaintiff's Fourteenth Amendment due process claim against Defendant Smith and any remaining claims in Plaintiff's complaint be **DISMISSED**.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days** after being served with a copy of these Findings and Recommendations, a party may file written objections with the Court. Local Rule 304(b). The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations" and **shall not exceed fifteen (15) pages** without leave of Court and good cause shown. The Court will not consider exhibits attached to the Objections. To the extent a party wishes to refer to any exhibit(s), the party should reference the exhibit in the record by its CM/ECF document and page number, when possible, or otherwise reference the exhibit with specificity. Any pages filed in excess of the fifteen (15) page limitation may be disregarded by the District Judge when reviewing these Findings and Recommendations under 28 U.S.C. § 636(b)(l)(C). A party's failure to file any objections within the specified time

---

[1] Plaintiff's notice was served May 20, 2026.

2

may result in the waiver of certain rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).

IT IS SO ORDERED.

Dated:    **May 29, 2026**                              _____
                                                        UNITED STATES MAGISTRATE JUDGE