UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TYQUAN M. FOSTER,

Plaintiff,

v.

SERVIN, et al.,

Defendants.

Case No.: 1:25-cv-01124-JLT-EGC (PC)

**ORDER REGARDING CONSTRUED NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SMITH**

(Doc. 34)

**ORDER DIRECTING CLERK OF THE COURT TO MODIFY THE DOCKET**

Plaintiff Tyquan M. Foster is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.

**I. INTRODUCTION**

On September 8, 2026, the Court issued its Order Construing Plaintiff's Response to the Order to Show Cause as a Request for Extension of Time. (Doc. 33.) Relevant here, Plaintiff was granted 60 days within which to provide a current address or location for Defendant Smith,[1] or, alternatively, to notify the Court in writing that he wished to voluntarily dismiss Smith from this action. (*Id*. at 3.)

On September 24, 2026, Plaintiff filed a document docketed as a Motion to Voluntarily Dismiss Defendant Smith Without Prejudice. (Doc. 34.)

[1] Defendant Servin has filed a Waiver of Service of Summons. (Doc. 31.) Thus, Servin's responsive pleading is due on or before September 29, 2026.

## II. DISCUSSION

The Court construes Plaintiff's September 24, 2026, filing to be a notice of voluntary dismissal regarding Defendant Smith. Plaintiff states: "I plaintiff Tyquan Foster wish to voluntarily dismiss Smith from this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure." (Doc. 34 [parenthesis omitted, capitalization modified].)

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. *Commercial Space Management Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999) (because a voluntary dismissal is effective on filing and no court order is required, the filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice); *Crawley v. California Department of Corrections and Rehabilitation*, No. 1:25-cv-00388-JLT-SAB, 2026 WL 87144, at *1 (E.D. Cal. Jan. 12, 2026) (order directing clerk to terminate party from action following notice of voluntary dismissal by plaintiff). The Ninth Circuit has held that Rule 41(a)(1) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. *Pedrina v. Chun*, 987 F.2d 608, 609 (9th Cir. 1993).

Because Defendant Smith has not appeared in this action, the Federal Rules of Civil Procedure permit Plaintiff to dismiss this individual by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff has submitted a notice of dismissal concerning Defendant Smith and therefore the Court will terminate Smith from the action.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Defendant Smith is **DISMISSED** from this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure;
2. The Clerk of the Court is **DIRECTED** to terminate the gavel associated with docket entry number 34 and to terminate Defendant Smith from the docket for this action; and

//

3. This action proceeds against Defendant Servin only on Plaintiff's Eighth Amendment excessive force claim against Servin.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE