IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **TYQUAN M. FOSTER,**<br>Plaintiff,<br>**v.**<br>**SERVIN,**<br>Defendant. | Case No. 1:25-cv-01124-JLT-EGC (PC)<br>**ORDER GRANTING DEFENDANT SERVIN'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br>(Doc. 36) |

Defendant Servin has requested a forty-five-day extension of time to file his responsive pleading. Good cause appearing, Defendant's Motion For Administrative Relief to Extend Deadline to File Responsive Pleading (Doc. 36) is **GRANTED**. Defendant **SHALL** file a responsive pleading **no later than November 13, 2026**.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Erin Sny Castillo
UNITED STATES MAGISTRATE JUDGE